**Dismissed and Memorandum Opinion filed May 14, 2024**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00217-CV

---

**THOMAS MOCCIA, Appellant**

**V.**

**BRI HOLCOMBE, BANK OF AMERICA N.A, AND CODI WELCH, Appellees**

---

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 23-DCV-311149**

---

## MEMORANDUM OPINION

This is an attempted appeal from orders signed March 4, 2024 and March 8, 2024. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc.*

*v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). The orders being appealed are interlocutory because they do not dispose of all pending parties and there is no statutory exception allowing for an appeal.

On April 17, 2024, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before April 29, 2024. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this court has jurisdiction over the appeal. Additionally, appellees Bank of America N.A. and Codi Welch and appellee Bri Holcombe have filed motions to dismiss the appeal for want of jurisdiction. We dismiss those motions as moot and dismiss the appeal for want of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Poissant.